**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | ) | |
| Plaintiffs, | ) | 01-CV-1902 ADM/SRN |
| v. | ) | |
| AUSIMONT U.S.A., INC. and MONTEDISON INTERMEDIE AUSILIARI CHIMICI PER L'INDUSTRIA S.p.A., | ) | |
| Defendants | ) | |

**STIPULATION AND ORDER**

Through their respective undersigned counsel, the parties to this lawsuit hereby stipulate and agree that the time for defendants to respond to the complaint in this action is extended to Monday, January 14, 2002.

JAN 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Counsel for Plaintiffs:
FISH & RICHARDSON P.C., P.A.

Dated: 1/4/02

By: 

Michael J. Kane (No. 247625)
Greg A. McAllister (No. 295759)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
Phone: (612) 335-5070
Fax: (612) 288-9696

Counsel for Defendants:
BEST & FLANAGAN LLP

Dated: 1/4/02

By: 

Marlene A. (Yoder) Petersen (#290142)
David J. Zubke (#0162504)
BEST & FLANAGAN LLP
225 South Sixth Street
Suite 4000
Minneapolis, Minnesota 55402-4331
Phone: (612) 339-7121
Fax: (612) 339-5897

Of Counsel:
Richard L. Mayer
Michael D. Loughnane
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, New York 10004
Phone: (212) 425-7200
Fax: (212) 425-5288

**ORDER**

Based on the Stipulation of the parties above, the Court hereby ORDERS that Defendants' time to respond to the Complaint in this action is extended to January 14, 2002.

BY THE COURT:

Dated: January 8, 2002.

Susan Richard Nelson
Hon. Susan Richard Nelson