UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY
and
MINNESOTA MINING AND
MANUFACTURING COMPANY

Plaintiffs,

v.

AUSIMONT U.S.A., INC. and
MONTEDISION INTERMEDI E AUSILIARI
CHIMICI PER L'INDUSTRIA SPA,

Defendants

Civil No. 01-CV-1902 ADM/SRN

**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM**

Through their respective undersigned counsel, the parties to this lawsuit hereby stipulate and agree that the time for plaintiffs to respond to the Counterclaim filed by Ausimont U.S.A., Inc. in this action is extended to February 19, 2002.

Dated: February 4, 2002

FISH & RICHARDSON P.C., P.A.

By: ______________________
Michael J. Kane (No. 247625)
Greg A. McAllister (No. 295759)
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
Phone: (612) 335-5070
Fax: (612) 288-9696

Attorneys for Plaintiffs

FEB 05 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 2/4/02

BEST & FLANAGAN LLP

By: ______________________

Roger R. Roe, Jr. (No. 92691)
Marlene A. (Yoder) Petersen (No. 290142)
David J. Zubke (No. 0162504)
225 South Sixth Street
Suite 4000
Minneapolis, Minnesota 55402
Phone: (612) 339-7121
Fax: (612) 288-5897

Of Counsel:
Richard L. Mayer
Michael D. Loughnane
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, New York 10004
Phone: (212) 425-7200
Fax: (212) 425-5288
Attorneys for Defendants

**ORDER**

Based on the Stipulation of the parties above, the Court hereby ORDERS that the Plaintiffs' time to respond to the Counterclaim in this action is extended to February 19, 2002.

BY THE COURT:

Dated: February 5, 2002

Susan Richard Nelson
Hon. Susan Richard Nelson