**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, Plaintiffs, v. AUSIMONT U.S.A., INC. and MONTEDISON INTERMEDIE AUSILIARI CHIMICI PER L'INDUSTRIA S.p.A., Defendants | **01-CV-1902 ADM/SRN** |

**STIPULATION AND ORDER**

Through their respective undersigned counsel, the parties to this lawsuit hereby stipulate and agree that Defendant, Ausimont, U.S.A., Inc. ("Ausimont"), may amend its Answer and Counterclaim on or before February 20, 2002 and Plaintiffs will have until March 12, 2002 to reply to Defendant Ausimont's Amended Answer and Counterclaim.

Counsel for Plaintiffs:
FISH & RICHARDSON P.C., P.A.

Dated: 2/19/02

By: [signature]

Michael J. Kane (No. 247625)
Greg A. McAllister (No. 295759
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
Phone: (612) 335-5070
Fax: (612) 288-9696



FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Counsel for Defendants:
BEST & FLANAGAN LLP

Dated: Feb 18, 2002

By: [signature]

Marlene A. (Yoder) Petersen (#290142)
David J. Zubke (#0162504)
BEST & FLANAGAN LLP
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, Minnesota 55402-4331
Phone: (612) 339-7121
Fax: (612) 339-5897

of Counsel:
Richard L. Mayer
Michael D. Loughnane
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, New York 10004
Phone: (212) 425-7200
Fax: (212) 425-5288

**ORDER**

Based on the Stipulation of the parties above, the Court hereby ORDERS that Defendant, Ausimont U.S.A. ("Ausimont"), Inc. may amend its Answer and Counterclaim on or before February 20, 2002 and Plaintiffs shall reply to Defendant Ausimont's Amended Answer and Counterclaim on or before March 12, 2002.

BY THE COURT:

Dated: February 20, 2002.

Susan Richard Nelson
Hon. Susan Richard Nelson