UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY

Plaintiffs,

v.

AUSIMONT U.S.A., INC. and MONTEDISON INTERMEDI E AUSILLIARI CHIMICI PER L'INDUSTRIA SPA,

Defendants.

Civil No. 01-CV-1902 (ADM/SRN)

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure with respect to defendant Ausimont U.S.A., Inc. ("Ausimont"), and pursuant to Rule 41 (a)(1)(i) with respect to defendant Montedison Intermedi E Ausilliari Chimici Per L'industria SPA ("Montedison"), the parties hereby advise the Court that they have executed an agreement to dismiss this matter without prejudice and, therefore, respectfully request that the Court enter such a dismissal of this matter on the following terms:

1. All claims and counterclaims are dismissed without prejudice.
2. Each party shall bear its own costs and attorneys' fees.
3. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the plaintiffs and defendant Ausimont in this action.

JUL 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. As of the date of this Stipulation and Order of Dismissal Without Prejudice, defendant Montedison has not appeared in this case and this Court has not ruled on Montedison's motion to dismiss plaintiff's claims against it for lack of personal jurisdiction over Montedison in this Court. That issue is unresolved.

5. This Court shall retain exclusive jurisdiction over any action relating to the enforcement of the underlying dismissal agreement.

**STIPULATED AND AGREED TO:**

FISH & RICHARDSON P.C., P.A.

Michael J. Kane (No. 247625)
Greg A. McAllister (No. 295759)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Phone: (612) 335-5070
Fax: (612) 288-9696

Dated: 7/2/02

OF COUNSEL:

Gregory A. Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

Gary Griswold
Kevin Rhodes
Robert H. Jordan
3M Innovative Properties Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs

BEST & FLANAGAN

Marlene A. Peterson (No. 290142)
David J. Zubke (No. 0162504)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone: (612) 339-7121
Fax: (612) 288 5897

Dated: 7/3/02

Richard L. Mayer
Michael D. Loughnane
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, NY 10004
Phone: (212) 425-7200
Fax: (212) 425-5288

Attorneys for Defendants

**IT IS SO ORDERED:**

Date: July 10, 2002

s/Ann D. Montgomery
Hon. Ann D. Montgomery
United States District Judge